Entered on Docket
November 10, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 09, 2009

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

1 STEVEN W. PITE (CA SBN 157537)
  DAVID E. McALLISTER (CA SBN 185831)
2 JOHN B. ACIERNO III (CA SBN 257176)
  PITE DUNCAN, LLP
3 4375 Jutland Drive, Suite 200
  P.O. Box 17933
4 San Diego, CA 92177
  Telephone: (858)750-7600
5 Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DARBY RONALD BURNES AND JULIE LYNN SASSER,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-45837<br><br>Chapter 7<br><br>R.S. No. JBA-637<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:   October 23, 2009<br>TIME:   10:00 AM<br>CTRM:   215<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on October 23, 2009, at 10:00 AM, in Courtroom 215, upon the Motion of Wells Fargo Bank, National Association, as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR4, Mortgage Pass-Through Certificates, Series 2005-AR4 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Darby Ronald Burnes and Julie Lynn Sasser ("Debtors") commonly known as 4117 Rockford

- 1 -

Drive, Antioch, California 94509 (the "Real Property"), which is legally described as follows:

> LOT 542, AS SHOWN ON THE MAP OF SUBDIVISION 6164, FILED NOVEMBER 2, 1984, IN MAP BOOK 284, PAGE 43, CONTRA COSTA COUNTY RECORDS.
>
> EXCEPTING THEREFROM:
>
> ALL OIL, GAS AND MINERALS TYING 500 FEET BELOW THE SURFACE THEREOF, BUT WITHOUT RIGHT OF SURFACE ENTRY, AS RESERVED IN THE DEED FROM KATHLEEN MAUSSER, RECORDED MAY 4, 1965, BOOK 4860, PAGE 672, OFFICIAL RECORDS, AND AS MODIFIED BY INTRUMENT RECORDED JULY 23, 1971, BOOK 6348, PAGE 157, OFFICIAL RECORDS.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

**COURT SERVICE LIST**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Darby Ronald Burnes
592 Pearson Drive
Brentwood, CA 94513

Julie Lynn Sasser
592 Pearson Drive
Brentwood, CA 94513

Joan M. Grimes
Law Offices of Joan M. Grimes
2950 Buskirk Ave #140
Walnut Creek, CA 94597
Debtor Attorney

John Kendall
2601 Blanding Ave.
Bldg #C Suite 110
Alameda, CA 94501
Chapter 7 Trustee

National City
c/o Managing and/or Servicing Agent
P.O. Box 856153
Louisville, KY 40285

Contra Costa County Tax Collector
P.O. Box 7002
San Francisco, CA 94120-7002